# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JACOLE GATLIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-4055** |
| **KEITH DEVILLE, WARDEN** | **SECTION: "H"(1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections thereto hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Jacole Gatlin is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 13th day of February, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**